DONEGAL MUTUAL INSURANCE COMPANY, Petitioner,

v.

Richard BAUMHAMMERS, Andrejs Baumhammers, Inese Baumhammers, May-ling Kung, Administratrix of the Estate of Ji-Ye Sun, and May-Ling Kung, in Her Own Right, Sanford Gordon, Administrator of the Estate of Anita Gordon and Sanford Gordon in His Own Right, Zetta Renee Lee, Administratrix of the Estate of Garry Lee, Jane/John Doe, Administrator of the Estate of Anil Thakur, Bang Ngoc Ngo, Administrator of the Estate of Thao Q. Pham, Sandip Patel, and United Services Automobile Association, Respondents.

Supreme Court of Pennsylvania.

Aug. 29, 2006.

## *ORDER*

PER CURIAM.

AND NOW, this 29th day of August, 2006, the Petition for Allowance of Appeal is hereby GRANTED. It is further ordered that oral argument will be *limited* to the issue of whether the Superior Court erred in holding that the alleged negligence constitutes six occurrences under the Donegal Mutual Insurance Company policy. The remaining issues will be considered on a submitted basis.